BEFORE THE SECOND DIVISION, MARCH 26, 1968

**No. P68/177.**—L. Batlin & Son, Inc. *v.* United States, protests 66/12101, etc. (New York).

Rao, C.J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated mixers similar in all material respects to those the subject of *F.B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.